**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

| | |
|---|---|
| IN RE | BK. NO. 17-03727-5-SWH |
| **MELVIN TROY PUTMAN AND STEPHANIE PUTMAN,** *FDBA* **ALMAN GIFTS LLC,** | CHAPTER 7 |
| **DEBTORS.** | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that the motion of Bank of America, N.A., its assignees and/or successors in interest, has been filed simultaneously with the service hereof by the undersigned.

NOTICE IS FURTHER GIVEN that this motion may be allowed provided no response and request for a hearing is made by the debtors, trustee, or other parties in interest in writing to the Clerk of this Court within 14 days from the date of this notice.

NOTICE IS FURTHER GIVEN that if a response and a request for a hearing is filed by the debtors, trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the motion and response thereto ex parte without further notice. Any party filing an objection and requesting a hearing will be expected to appear or they may be taxed with Court costs for scheduling the hearing.

Dated: August 8, 2017.

SPROUSE LAW FIRM, PLLC
Attorneys for Bank of America, N.A.

BY: /s/ James W. Sprouse, Jr.
    James W. Sprouse, Jr.
N.C. Bar No.: 26767
3109 Poplarwood Court, Suite 115
Raleigh, NC  27604
(919) 954-1900
jsprouse@sprousefirm.com
FHAC.241-4185.NF